# EXHIBIT C



PATENTS, TRADEMARKS, COPYRIGHTS, AND UNFAIR COMPETITION

205 Grandview Avenue, Suite 403 Camp Hill, PA 17011
Phone: (717) 232-8771 • Fax: (717) 232-8773
Email: hhpc@ptd.net • Web: h-hpc.com

JEFFREY S. HABIB
CHARLES A. HOOKER

March 10, 2023

**BY EMAIL ONLY (MBelisario@panitchlaw.com)**
Mr. Martin G. Belisario, Esq.
Panitch Schwarze Belisario & Nadel LLP
Two Commerce Square
2001 Market Street, Suite 2800
Philadelphia, PA 19103

RE:    4C's Spray Equipment Rental, LLC
       Black Cat, Inc. Patent Infringement Matter
       HHPC Ref.: 1-2549
       PSBN Ref.: 688627.0018/18US

Dear Attorney Belisario,

This follows our prior communications regarding Black Cat, Inc.'s infringement of 4C's Spray Equipment Rental, LLC's ("4C's") US patent rights.

Please confirm that your firm continues to represent Black Cat, Inc. ("Black Cat") in the intellectual property area.  If not, kindly let us know in short order.

New infringement issues have arisen.

US Patent No. 11,559,820

4C's is the assignee of US Patent No. 11,559,820 (the '820 patent) issued on January 24, 2023, copy attached.

The '820 patent is directed to a dispensing head for multiple-component adhesive fluids.

We understand that Black Cat, Inc. now offers for sale a number of adhesive-dispensing products it describes as "VEE AIR ONE SP" at least as follows:

1. A handle-mounted adhesive applicator spray gun identified as "Vee-Air One SP Gun + Tip";
2. An adhesive sprayer application system identified as "PJR - VEE AIR ONE SP | A+B Roofing Adhesive Sprayer"; and
3. A conversion system for use with a prior art adhesive applicator identified as "VA1SP Spray Tip for V-Manifold (Just The Tip) | Add Air to A+B Adhesive Application."

Attached Exhibit A shows pages of Black Cat's www.panthereast.com website offering these VEE AIR ONE SP products for sale.

Mr. Martin G. Belisario, Esq.
March 10, 2023
Page 2 of 12

A description of the VEE AIR ONE SP products and their method of use is attached as Exhibit B with supporting figures as Exhibit C.

We have analyzed the claims of the '820 patent and compared them to elements of the VEE AIR ONE SP product based on information reasonably available to us.

Based on our analysis, we believe that these products are covered by one or more claims of the '820 patent. By making, using, offering to sell, selling or importing these products into the United States, Black Cat is directly and/or contributorily infringing the '820 patent claims.

The claim chart attached as Exhibit D demonstrates that use of the VEE AIR ONE SP products recite the limitations of independent claims 1, 13 and 23 of the '820 patent and/or that Black Cat's commercialization of the VEE AIR ONE SP products contributed to and/or induced direct infringement of independent claims 1, 13 and 23 of the '820 patent by Black Cat's end customers.

The Exhibit D chart is representative of our analysis that the method of use provided by the indicated VEE AIR ONE SP products infringe certain claims of the '820 patent.

Use of the VEE AIR ONE SP products, inclusive of dispensing head "air purge" functionality, may infringe additional dependent and independent claims in the '820 patent.

US Patent No. 11,224,887

We have been directed to remind Black Cat that 4C's claims related to Black Cat's infringement of US Patent No. 11,224,887 remain unresolved.

Demand

Our client hopes that the parties resolve this matter amicably and without the need for judicial action.

This said, 4C's patent rights are extremely important. Accordingly, we demand that Black Cat immediately:

1. Cease Infringing Activity

   Black Cat must immediately cease all commercial activity related to the VEE AIR ONE SP products.

   Inclusive of this demand, we require Black Cat to cease all production, import, use, advertisement and offers of sale of the VEE AIR ONE SP products, said advertisements and offers of sale inclusive of content on Black Cat's website pages as shown in Exhibit A as well as through any other Black Cat Internet resources.

Mr. Martin G. Belisario, Esq.
March 10, 2023
Page 3 of 12

---

2. <u>Black Cat Product Inventory</u>

Black Cat must provide an accounting to 4C's of all of Black Cat's existing inventory of VEE AIR ONE SP products in its possession as well as all hardcopy promotional materials showing VEE AIR ONE SP products.

Black Cat's immediate response and compliance with the above demands are a necessary pre-requisite to the resolution of this matter.

In anticipation of this matter resulting in litigation, we are notifying your client of its obligation to preserve all documents and information relating in any way to its infringement of 4C's intellectual property rights, inclusive of Black Cat's commercial activity related to infringing adhesive-dispensing products under the '820 and '887 patents, and Black Cat's records related to the sale of the indicated infringing adhesive-dispensing products to third parties.

The phrase "documents" should be interpreted broadly. The term includes both paper and electronic documents, such as email and texts, wherever maintained (e.g., whether the site of physical location is at a place of work or at a home domicile and whether on a computer hard drive, server, USB thumb drive, and so on), including paper documents retained off-site or in storage.

Please consider this letter to constitute a litigation hold notice under applicable law. As such, Black Cat may not destroy, delete, conceal or alter paper documents; electronic documents; files; personal property or things; or other relevant data or information, electronic, hard-copy or otherwise, relating to this matter. Failure to comply with this notice may result in severe sanctions and potential liability for spoliation of evidence.

We ask for your reply no later than March 27, 2023.

Thank you for your attention to this matter.

This communication is made under Federal Rule of Evidence 408 and equivalent State rules of evidence, strictly without waiver or prejudice of our client's rights, claims and remedies, all of which are hereby expressly reserved.

Yours sincerely,

HOOKER & HABIB, P.C.

Charles A. Hooker

CAH/fsa
Attachments

CC (by-email):        RElias@panitchlaw.com

---

Mr. Martin G. Belisario, Esq.
March 10, 2023
Page 4 of 12

Exhibit A



Mr. Martin G. Belisario, Esq.
March 10, 2023
Page 5 of 12

Exhibit A



Mr. Martin G. Belisario, Esq.
March 10, 2023
Page 6 of 12

<u>Exhibit A</u>



Mr. Martin G. Belisario, Esq.
March 10, 2023
Page 7 of 12

Exhibit B

A number of VEE AIR ONE SP products are shown in the Exhibit C figures.

Figure 1 is a top view of a V2 Vee Air dispensing gun A having a dispensing head B.  Head B includes a first head fluid passage C extending from a first fluid inlet D to a first fluid outlet E and a second head fluid passage F extending from a second fluid inlet G to a second fluid outlet H.  First head fluid passage C is not in fluid communication with second head fluid passage F.

First and second head fluid inlets D and G are adapted for receiving first and second adhesive fluid lines I and J attached thereto.  Each line I and J includes valves K and L for regulating the flow of adhesive component fluids to inlets D and G.

Adaptor M is fitted onto the output dispensing head B, having an inlet joined with outlets E and H, and extending to an outlet joined to the inlet of mixing tip N.

Adaptor M includes an air inlet O having a valve P for regulating the flow of pressurized air to the dispensing gun.

Mixing tip N includes a mixing tip passage Q extending from an upstream mixing tip passage inlet R to a downstream mixing tip passage outlet S.

VEE AIR ONE SP products include an adhesive application system T facilitating the use of first and second adhesive component fluids with gun A.  System T is shown as a cart for holding containers of first and second adhesive component fluids along with a component fluids pump, a compressed air pump and corresponding fluid and air lines joined to the gun A fluid lines I and J and air inlet O.

The VEE AIR ONE SP products are used by executing the following steps:

(a) providing a first adhesive component fluid stored within a first fluid storage container mounted onto system S or a like source;

(b) providing a second adhesive component fluid stored within a second fluid storage container mounted onto system S or a like source;

(c) providing a dispensing head B having a first head passage C extending from an upstream first head passage inlet D to a downstream first head passage outlet E and a second head passage F extending from an upstream second head passage inlet G to a downstream second head passage outlet H, said second head passage not in fluid communication with said first head passage;

(d) providing a first connector line joining said first fluid storage container to said first head passage inlet through adhesive fluid line I;

(e) providing a second connector line joining said second fluid storage container to said second head passage inlet through adhesive fluid line J;

205 Grandview Avenue, Suite 403 Camp Hill, PA 17011 • Phone: (717) 232-8771 • Fax: (717) 232-8773 • Email: hhpc@ptd.net

Mr. Martin G. Belisario, Esq.
March 10, 2023
Page 8 of 12

Exhibit B

(f) providing a mixing tip N having a mixing tip passage P extending from an upstream mixing tip passage inlet Q to a downstream mixing tip passage outlet R, said first head passage outlet and said second head passage outlet joined to said mixing tip passage inlet;

(g) flowing said first adhesive component fluid from said first fluid storage container through said first connector line I to said first head passage C and to said mixing tip passage P during operation of dispensing gun A;

(h) flowing said second adhesive component fluid from said second fluid storage container through said second connector line J to said second head passage F and to said mixing tip J passage dispensing gun A;

(i) aerating at least one of said first adhesive component fluid or said second adhesive component fluid upstream of said mixing tip passage by providing air through the air inlet N of adaptor M;

(j) mixing said first adhesive component fluid and second adhesive component fluids within said mixing tip passage P to form an adhesive; and

(k) dispensing said adhesive from said mixing tip passage outlet R.

205 Grandview Avenue, Suite 403 Camp Hill, PA 17011 • Phone: (717) 232-8771 • Fax: (717) 232-8773 • Email: hhpc@ptd.net

Mr. Martin G. Belisario, Esq.
March 10, 2023
Page 9 of 12

Exhibit C



Fig. 1                    Fig. 3

Mr. Martin G. Belisario, Esq.
March 10, 2023
Page 10 of 12

Exhibit D

| '820 Patent Claim 1 | VEE AIR ONE SP Products Method of Use |
|---|---|
| A method for dispensing first and second adhesive component fluids comprising the steps of: (a) providing a first adhesive component fluid stored within a first fluid storage container; | See Exhibit B step (a). |
| (b) providing a second adhesive component fluid stored within a second fluid storage container; | See Exhibit B step (b). |
| (c) providing a dispensing head having a first head passage extending from an upstream first head passage inlet to a downstream first head passage outlet and a second head passage extending from an upstream second head passage inlet to a downstream second head passage outlet, said second head passage not in fluid communication with said first head passage; | See Exhibit B step (c). |
| (d) providing a first connector line joining said first fluid storage container to said first head passage inlet; | See Exhibit B step (d). |
| (e) providing a second connector line joining said second fluid storage container to said second head passage inlet; | See Exhibit B step (e). |
| (f) providing a mixing tip having a mixing tip passage extending from an upstream mixing tip passage inlet to a downstream mixing tip passage outlet, said first head passage outlet and said second head passage outlet joined to said mixing tip passage inlet; | See Exhibit B step (f). |
| (g) flowing said first adhesive component fluid from said first fluid storage container through said first connector line to said first head passage and to said mixing tip passage; | See Exhibit B step (g). |
| (h) flowing said second adhesive component fluid from said second fluid storage container through said second connector line to said second head passage and to said mixing tip passage; | See Exhibit B step (h). |
| (i) aerating at least one of said first adhesive component fluid or said second adhesive component fluid upstream of said mixing tip passage outlet; | See Exhibit B step (i). |
| (j) mixing said first adhesive component fluid and second adhesive component fluid within said mixing tip passage to form an adhesive; and | See Exhibit B step (j). |
| (k) dispensing said adhesive from said mixing tip passage outlet. | See Exhibit B step (k). |

Mr. Martin G. Belisario, Esq.
March 10, 2023
Page 11 of 12

Exhibit D

| '820 Patent Claim 13 | VEE AIR ONE SP Products Method of Use |
|---|---|
| A method for dispensing first and second adhesive component fluids comprising the steps of:<br>(a) providing a dispensing head having a first fluid head passage extending from an upstream first fluid head inlet to a downstream first fluid head outlet and a second fluid head passage extending from an upstream second fluid head inlet to a downstream second fluid head outlet, said second fluid head passage not in fluid communication with said first fluid head passage; | See Exhibit B step (c). |
| (b) providing a mixing tip having a mixing tip passage extending from an upstream mixing tip passage inlet to a downstream mixing tip passage outlet, said first fluid head outlet and said second fluid head outlet joined to said mixing tip passage inlet; | See Exhibit B step (f). |
| (c) flowing a first adhesive component fluid from said first fluid head inlet into said first fluid head passage; | See Exhibit B step (g). |
| (d) flowing a second adhesive component fluid from said second fluid head inlet into said second fluid head passage; | See Exhibit B step (h). |
| (e) flowing said first adhesive component fluid and said second adhesive component fluid to said mixing tip passage inlet; | See Exhibit B step (g). |
| (f) flowing said first adhesive component fluid and said second adhesive component fluid into said mixing tip passage; | See Exhibit B step (h). |
| (g) aerating at least one of said first adhesive component fluid or said second adhesive component fluid upstream of said mixing tip passage outlet; | See Exhibit B step (i). |
| (h) mixing said first adhesive component fluid and said second adhesive component fluid within said mixing tip passage to form an adhesive; and | See Exhibit B step (j). |
| (i) dispensing said adhesive from said mixing tip passage outlet. | See Exhibit B step (k). |

Mr. Martin G. Belisario, Esq.
March 10, 2023
Page 12 of 12

Exhibit D

| '820 Patent Claim 23 | VEE AIR ONE SP Products Method of Use |
|---|---|
| A method for dispensing first and second adhesive component fluids comprising the steps of:<br>(a) providing a dispensing head having a first head passage inlet, a first head passage outlet and a first head passage extending downstream from said first head passage inlet to said first head passage outlet and a second head passage inlet, a second head passage outlet and a second head passage extending downstream from said second head passage inlet to said second passage outlet, said second head passage not in fluid communication with said first head passage; | See Exhibit B step (c). |
| (b) providing a first adhesive component fluid and a second adhesive component fluid; | See Exhibit B steps (a) and (b). |
| (c) flowing said first adhesive component fluid to said first head passage inlet; | See Exhibit B step (g). |
| (d) flowing said second adhesive component fluid to said second head passage inlet; | See Exhibit B step (h). |
| (e) flowing said first adhesive component fluid from said first head passage inlet, downstream through said first head passage to said first head passage outlet; | See Exhibit B step (g). |
| (f) flowing said second adhesive component fluid from said second head passage inlet, downstream through said second head passage to said second head passage outlet; | See Exhibit B step (h). |
| (g) aerating at least one of said first adhesive component fluid at or upstream of said first head passage outlet or said second adhesive component fluid at or upstream of said second head passage outlet; | See Exhibit B step (i). |
| (h) mixing said first adhesive component fluid with said second adhesive component fluid at or downstream of said first head passage outlet and said second head passage outlet to form an adhesive; and | See Exhibit B step (j). |
| (i) dispensing said adhesive downstream of first head passage outlet and said second head passage outlet. | See Exhibit B step (k). |

HH    205 Grandview Avenue, Suite 403 Camp Hill, PA 17011 • Phone: (717) 232-8771 • Fax: (717) 232-8773 • Email: hhpc@ptd.net